IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK GEORGE BASSETT,          No. CIV S-12-0112-LKK-CMK

    Plaintiff,

  vs.          ORDER

UNKNOWN,

    Defendant.

        Plaintiff, proceeding in propria persona, brings this civil action. Plaintiff appears to be an inmate at a county jail in New York. The unknown defendant to this action appears to be a bartender from a motel in Mesa, Arizona. Plaintiff alleges discrimination, and apparently is attempting to invoke the court's diversity jurisdiction.[1]

        The federal venue statute provides that a civil action may be brought in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . .; or (3) if there is no district in which an action may

---

[1] While this action may be deemed frivolous, this court is not the proper court to consider the merits of the claims raised. This court has also not addressed the filing fee issue, but notes plaintiff neither paid the filing fees nor submitted a request to proceed in forma pauperis.

otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, it appears that the only defendant is located in Mesa, Arizona, and the incident giving rise to the claim also occurred in Mesa, Arizona.  Proper venue for this action is therefore the United States District Court for the District of Arizona, and plaintiff's claim should have been filed therein.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the District of Arizona.

DATED:  May 15, 2012

                                                                
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE